IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 96-20656

BOB STRAUS,

Plaintiff-Appellee,

versus

RON ANGLE,

Defendant-Appellant.

Appeal from the United States District Court
For the Southern District of Texas

April 22, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

We are persuaded that the district court lacked personal jurisdiction. The judgment below is reversed. The case is remanded with instructions to the district court to dismiss for want of jurisdiction.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.